IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GUS L. POPE, | : | |
| | : | 5:06-cv-381 (CAR) |
| Petitioner, | : | |
| | : | |
| vs. | : | HABEAS CORPUS |
| | : | 28 U.S.C. § 2254 |
| ROSE WILLIAMS, Warden, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc.21) from United States Magistrate Judge Claude W. Hicks, Jr., that recommends granting Respondent's Motion to Dismiss the Petition as Untimely (Doc. 9). No Objections have been filed. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered Respondent's Motion, Petitioner's Response, and the Recommendation. As Petitioner waited until November 11, 2006, to file his Petition for habeas corpus relief, which was due no later than April 23, 1997, the Petition is untimely. Accordingly, the Recommendation is **ACCEPTED**, Respondent's Motion to Dismiss the Petition as Untimely is **GRANTED**, and Petitioner's Habeas Corpus Petition is **DISMISSED**.

**SO ORDERED**, this 18th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh